IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERBERT SPELLMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OFFICER BRAD MOMME and | : | |
| OFFICER DAVID O'CONNOR | : | NO. 14-3365 |

ORDER

AND NOW, this 5th day of May, 2015, upon consideration of plaintiff's motion for a new trial (docket entry # 40), defendants' opposition thereto (docket entry # 42), and plaintiff's motion to file a reply brief (docket entry # 43), and in accordance with the accompanying Memorandum, it is hereby ORDERED that:

1. Plaintiff's motion for leave to file a reply brief is GRANTED;

2. Plaintiff's motion for a new trial is GRANTED; and

3. Trial in this matter, not to exceed one day for the presentation of each side's evidence, shall COMMENCE on May 18, 2015 at 9:30 a.m. in Courtroom 15-B.

BY THE COURT:

 /s/ Stewart Dalzell, J.
Stewart Dalzell, J.